IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 95-cr-00427-PAB-2

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2. RUBEN HERNANDEZ,

        Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the United States' Motion to Quash Warrant [Docket No. 137].  Good cause appearing, it is

**ORDERED** that the Motion to Quash Warrant [Docket No. 137] is granted.  It is further

**ORDERED** that the arrest warrant issued in this matter [Docket No. 136] is quashed.

DATED August 18, 2015.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge